May 6, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

LEISA WARD, INDIVIDUALLY AND AS REPRESENTATIVE OF THE
ESTATE OF FRANCIS JERNIGAN, Appellant

NO. 14-14-00157-CV                           V.

EAST HOUSTON REGIONAL MEDICAL CENTER
AND JAMES GRUESKIN, M.D., Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the orders signed by the court below on November 18, 2013, and initially made final by order of severance signed December 2, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Leisa Ward, Individually and as Representative of the Estate of Francis Jernigan.

We further order this decision certified below for observance.